1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   KELVIN SIMS,                                    CASE NO. 1:10-cv-01409-SKO PC

10                   Plaintiff,                     ORDER DENYING MOTION

11         v.                                       (Doc. 6)

12   SHERRY LOPEZ, et al.,

13                   Defendants.
                                              /
14

15         Plaintiff Kelvin Sims ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 30, 2010, Plaintiff filed a motion

17   requesting that all filings in this case be forwarded to Plaintiff's "lay legal assistant" Fred Mott.

18   (Doc. #6.)

19         Plaintiff is incarcerated at Kern Valley State Prison in Delano, California, whereas his legal

20   assistant, Fred Mott, is incarcerated at the California State Prison in Lancaster, California.  Plaintiff

21   has not cited any statute, rule, precedent or other authority which permits or requires the Court to

22   serve copies of orders on anyone other than the parties or their counsel.

23         Accordingly, it is HEREBY ORDERED that Plaintiff's motion is DENIED.

24

25

26   IT IS SO ORDERED.

27   **Dated:    February 15, 2011**              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE
28

1