1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    KELVIN SIMS,                                1:10-cv-01409 BAM (PC)

12              Plaintiff,                         ORDER STRIKING PLAINTIFF'S FIRST
                                                   MOTION TO EXTEND TIME TO FILE
13        vs.                                      AMENDED COMPLAINT AND
                                                   GRANTING PLAINTIFF THIRTY DAYS
14    SHERRY LOPEZ, et al.,                        TO EITHER FILE A SIGNED MOTION OR
                                                   AN AMENDED COMPLAINT
15              Defendants.
                                                   (ECF No. 14)
16    _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18    1983.  On December 9, 2011, plaintiff filed an unsigned motion to extend time to file an

19    amended complaint. Unsigned documents cannot be considered by the Court, and Plaintiff's

20    motion shall be stricken from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule

21    131(b).  In order to allow Plaintiff an opportunity to file a signed motion, Plaintiff shall be

22    granted thirty days to file either an amended complaint or a motion for an extension of time.

23          Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of

24    service of this order, Plaintiff shall either file an amended complaint or a motion for an

25    extension of time.  The failure to comply with this order will result in dismissal of this action.

26          IT IS SO ORDERED.

27    Dated:   **December 14, 2011**              **/s/ Barbara A. McAuliffe**

28                                                 UNITED STATES MAGISTRATE JUDGE