# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SIMS,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERRY LOPEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv–1409-BAM PC<br><br>ORDER REQUIRING PLAINTIFF EITHER FILE AN AMENDED COMPLAINT **OR** NOTIFY THE COURT THAT HE WISHES PROCEED ON THE COMPLAINT<br><br>THIRTY DAY DEADLINE |

      Plaintiff Kelvin Sims is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2012, an order issued requiring Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed on the claims found to be cognizable in the complaint filed August 6, 2010. (ECF No. 22.) On February 27, 2012, Plaintiff filed a notice stating that he wished to file an amended complaint but was willing to proceed on the claims found to be cognizable. Plaintiff is advised that he is to either file an amended complaint OR notify the court that he is willing to proceed on the cognizable claims. If Plaintiff needs additional time to file an amended complaint he needs to file a motion for an extension of time. Since it is unclear from Plaintiff's response that he wishes to proceed on the claims found cognizable, the Court shall grant Plaintiff an additional opportunity to comply with the order.

      Accordingly, it is HEREBY ORDERED that, within thirty days from the date of service of

///

///

///

1 this order, Plaintiff shall either file an amended complaint **or** notify the Court that he does not wish
2 to amend his complaint but is willing to proceed on the claims found to be cognizable in the
3 complaint filed August 6, 2010.

4     IT IS SO ORDERED.

5 **Dated:**   **February 28, 2012**           /s/ **Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE