# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SIMS, | CASE NO. 1:10-cv–1409-BAM PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S CONSENT OR DECLINE FORM |
| v. | (ECF No. 47) |
| SHERRY LOPEZ, et al., | |
| Defendants. | |

This action is proceeding on the complaint, filed August 6, 2010, against Defendant Lopez for retaliation in violation of the First Amendment and Defendants Akanno and Lopez for deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment and medical malpractice under state law. (ECF Nos. 22, 27.) On August 23, 2010, Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 5.) On October 2, 2012, an order issued requiring Defendants to consent or decline jurisdiction of the Magistrate Judge within thirty days. Defendants filed a consent to the jurisdiction of the Magistrate Judge on October 15, 2012. (ECF No. 46.) On the same date, Plaintiff filed a form declining to consent to the jurisdiction of the Magistrate Judge. (ECF No. 47.) Plaintiff previously has consented to the jurisdiction of the Magistrate Judge and the order issued October 2, 2012, was directed only to Defendants in this action. Accordingly, the form filed by Plaintiff on October 15, 2012, shall be DISREGARDED.

IT IS SO ORDERED.

Dated: October 17, 2012         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE

1