# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SIMS, | CASE NO. 1:10-cv–1409-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY |
| v. | |
| SHERRY LOPEZ, et al., | (ECF No. 51) |
| Defendants. | |

Plaintiff Kelvin Sims is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2012, Plaintiff filed a motion to compel Defendants Lopez and Akanno to produce "entire" documents in response to his Request for Production of Documents, Set One. (ECF No. 51.) On December 4, 2012, Defendants Lopez and Akanno filed an opposition to the motion. Defendants state that they have served responses to Plaintiff's discovery requests. Defendants believe that Plaintiff's motion should be denied because it does not state what Plaintiff wants or believes that he is entitled to but has not received. (ECF No. 52.)

As the moving party, Plaintiff bears the burden of informing the Court which discovery requests are the subject of his motion to compel and, for each disputed response, why Defendants' response was not justified. Plaintiff may not simply assert that he has served discovery requests, that he is dissatisfied, and that he wants an order compelling responses. The Court shall deny Plaintiff's motion on the ground that it is procedurally deficient.

/////

Accordingly, Plaintiff's motion to compel filed on November 29, 2012, is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated: __January 22, 2013__  /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE