# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SIMS,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERRY LOPEZ, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:10-cv-1409-BAM PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION FOR AN ORDER COMPELLING DISCOVERY<br><br>(ECF No. 53)<br><br>FOURTEEN-DAY DEADLINE |

      Plaintiff Kelvin Sims is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On November 29, 2012, Plaintiff filed a motion to compel Defendants Lopez and Akanno to produce "entire" documents in response to his Request for Production of Documents, Set One. (ECF No. 51.) On December 4, 2012, Defendants Lopez and Akanno filed an opposition to the motion and stated that they had served responses to Plaintiff's discovery requests. (ECF No. 52.) On January 22, 2013, the Court found Plaintiff's motion procedurally deficient and denied Plaintiff's motion without prejudice. (ECF No. 54.)

      On December 28, 2012, after Defendants filed their opposition to the November 29, 2012 motion and before the Court issued its January 22, 2013 order, Plaintiff filed a second motion for an order compelling discovery. (ECF No. 53.) By his motion, Plaintiff asserts that he served a Request for Production of Documents, Set One on September 16, 2012, but Defendants have not produced documents responsive to requests numbered 1, 2, 3, 4, 5 and 6.

      Defendants have not filed an opposition or a statement of non-opposition to the motion.

1

Local Rule 230(l).  Accordingly, Defendants are HEREBY ORDERED to serve and file a response to Plaintiff's December 28, 2012 motion within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 25, 2013**              /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE