1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10 | KELVIN SIMS,

Case No.  1:10-cv-001409-BAM (PC)

11 |          Plaintiff,

ORDER DENYING MOTION FOR LEAVE
TO PROCEED IN FORMA PAUPERIS AS
MOOT

12 |     v.

13 | SHERRY LOPEZ, et al.,

(Doc. 99)

14 |          Defendants.

15 | _____/

16

17      On March 31, 2015, the Court granted summary judgment in favor of Defendants in this

18 civil rights action and judgment was entered.  (Docs. 94, 95.)  On April 15, 2015, Plaintiff Kelvin

19 Sims, a state prisoner proceeding pro se, filed a notice of appeal.  On April 22, 2015, Plaintiff filed

20 a motion seeking leave to proceed in forma pauperis on appeal.

21      Plaintiff was proceeding in forma pauperis in this court and therefore, his motion for leave

22 to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot.  Fed. R. App.

23 P. 24(a)(3).

IT IS SO ORDERED.

24

25   Dated:   **July 9, 2015**                    /s/ *Barbara A. McAuliffe*

26                                          UNITED STATES MAGISTRATE JUDGE

27

28